UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Bo Daniel Shafer, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-1564 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On June 25, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (22) recommending that the court deny Bo Shafer's petition for writ of habeas corpus. Shafer filed objections. (25) The court denies Shafer's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August 8, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge